UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF AMERICA, ET AL., | Civil Action No. 08-778(KSH) |
| Plaintiffs | |
| v. | ORDER ON INFORMAL APPLICATION |
| GUARD LINE FIRE & SAFETY, ET AL., | |
| Defendants | |

This matter having come before the Court by way of letter dated July 29, 2008, regarding the request of intervening plaintiff West American for permission to have its representative participate in the settlement conference via telephone;

and the Court having ordered that trial counsel and clients with full settlement authority appear in-person at the conference, see Order, dated July 1, 2008, at Section I, ¶ 2;

and the Court determining that the in-person appearance of counsel and clients at one time will provide a forum for all parties to engage in a session focused on all claims in the case and will enhance the productivity of the conference for all participants;

and the Court finding that the value of in-person participation justifies the expenses that may be incurred to appear;

IT IS THEREFORE ON THIS 4th day of August, 2008

ORDERED that intervening-plaintiff West American's request to allow its client

representative to participate in the settlement conference via telephone is denied.

                                                      s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**