United States District Court
for the District of New Jersey

| | | |
|---|---|---|
| **TRAVELERS INDEMNITY COMPANY OF AMERICA** | : | Civil No. 08-778 |
| Plaintiff | : | |
| | : | |
| | : | Order of Reassignment |
| **FARID IBRAHIM**, ET AL | : | |
| | : | |
| Defendant | : | |
| | : | |

It is on this 13th day of January 2009,

O R D E R E D that the entitled action is reassigned

from Judge Katharine S. Hayden to Judge Faith S. Hochberg..

                                                S/Garrett E. Brown, Jr.
                                      Garrett E. Brown, Jr., Chief Judge
                                      United States District Court